UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BARON JOHNSON (#316875)                                CIVIL ACTION

VERSUS

JAMES M. LEBLANC, ET AL.                               NO.: 13-00454-BAJ-RLB

RULING AND ORDER

On May 19, 2014, the United States Magistrate Judge issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1), recommending that Plaintiff Baron Johnson's complaint be dismissed for failure to comply with the Court's directive and correct the deficiency of which he was notified. (Doc. 11.) On July 1, 2013, Plaintiff filed a complaint alleging violations of his constitutional rights by various Defendants, including the state of Louisiana, the Governor, the Secretary, and several prison officials. (Doc. 1.) Subsequently, on July 24, 2013, the clerk of court notified Plaintiff that his complaint contained filing deficiencies and that such deficiencies must be corrected within twenty-one (21) days. (Doc. 6.) Thereafter, in September 2013, the Court re-mailed correspondence to Plaintiff at his new address after learning that he had been transferred to a new prison facility. (Doc. 11, at 2-3.) Nevertheless, Plaintiff failed to correct the deficiencies. Instead, he mailed a handwritten document to the Court, which sought to "add claims relative to events allegedly occurring at his new place of confinement." (*Id.* at 3.)

The Magistrate Judge's Report and Recommendation specifically notified Plaintiff that, pursuant to 28 U.S.C. § 636(b)(1), he had fourteen (14) days from the date he received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 11, at 1.) A review of the record indicates that Plaintiff had not filed an objection to the Magistrate Judge's Report and Recommendation by the applicable filing deadline.

Having carefully considered the Magistrate Judge's Report, the record, and the applicable law, the Court concludes that the Magistrate Judge's Report is correct, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report (Doc. 11)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the above captioned matter is **DISMISSED**, without prejudice, for Plaintiff Baron Johnson's failure to comply with the Court's directive and correct the deficiency of which he was notified.

Baton Rouge, Louisiana, this 28th day of July, 2014.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**